IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00142-MEH

ESTATE OF JESSE JENSON, by and through its personal representative, Sheila Constable,

    Plaintiff,

vs.

TOWN OF LASALLE, COLORADO,

    Defendants.
_____

## STIPULATED MOTION TO DISMISS CASE, WITH PREJUDICE
_____

Plaintiff ESTATE OF JESSE JENSON, by and through its personal representative, Sheila Constable, and Defendant TOWN OF LASALLE, COLORADO ("the Parties"), hereby submit this Stipulated Motion to Dismiss Case, with Prejudice, and in support thereof, state as follows:

1. The Parties have resolved this case.

2. The dismissal of this matter is intended to be "with prejudice," with each party to pay its own costs and attorney fees, and to operate as a final adjudication of all claims.

3. Undersigned counsel have discussed dismissal of this matter, with prejudice, with their respective clients and they are authorized to enter into this stipulated motion.

WHEREFORE, the Parties request an order dismissing the civil action, with prejudice, with each party to pay its own costs and fees.

Respectfully submitted,

Date: June 21, 2021    s/Raymond K. Bryant
                                                            Raymond K. Bryant, #42586
                                                                 Civil Rights Litigation Group, PLLC
                                                                 1543 Champa Street, Suite 400
                                                                 Denver, CO 80202
                                                                 (720) 515-6165 (phone)
                                                                 (720) 465-1975 (fax)
                                                                 raymond@rightslitigation.com (e-mail)
                                            ATTORNEY FOR PLAINTIFF

Date: June 21, 2021    s/Steven T. Mandelaris
                                            Steven T. Mandelaris
                                                Mandelaris Law, LLC
                                                501 S. Cherry Street, Ste 1100
                                                Denver, CO 80246
                                                (303) 357-9757 (phone)
                                                (303) 991-9836 (fax)
                                                Stm@mandelarislaw.com (e-mail)
                                          ATTORNEY FOR PLAINTIFF

Date: June 21, 2021    s/Gordon L. Vaughan
                                            Gordon L. Vaughan
                                                VAUGHAN & DeMURO
                                                111 South Tejon, Suite 545
                                                Colorado Springs, CO 80903
                                                (719) 578-5500 (phone)
                                                (719) 578-5504 (fax)
                                                gvaughan@vaughandemuro.com (e-mail)
                                          ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Steven T. Mandelaris**
stm@mandelarislaw.com

**Raymond K. Bryant**
raymond@rightslitigation.com

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

[none]

s/ Gordon L. Vaughan<br>
Gordon L. Vaughan