IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00142-MEH

ESTATE OF JESSE JENSON, by and through its personal representative,
Sheila Constable,

    Plaintiff,

v.

TOWN OF LASALLE, COLORADO,

    Defendant.

___

**ORDER**
___

Before the Court is the parties' Stipulated Motion to Dismiss Case (ECF 21) in which they express their agreement that Plaintiff voluntarily dismiss this action, all claims be dismissed with prejudice, and each party pay its own costs and attorney fees.

The Motion [filed June 21, 2021; ECF 21] is **granted**. The Clerk of Court shall **close** this case.

Dated and entered at Denver, Colorado, this 22nd day of June, 2021.

                      BY THE COURT:

                      *Michael E. Hegarty*

                      Michael E. Hegarty
                      United States Magistrate Judge